1  Larry W. McFarland (Bar No. 129668)
   lmcfarland@kmwlaw.com
2  Dennis L. Wilson (Bar No. 155407)
   dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   dcaplan@kmwlaw.com
4  Tara D. Rose (Bar. No. 256079)
   trose@kmwlaw.com
5  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
6  Penthouse Suite
   Beverly Hills, California 90212
7  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
8
   Attorneys for Plaintiff
9  ZYNGA INC.

**FILED**

MAY 24 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JSW**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 11  80  118 MISC

| | |
|---|---|
| ZYNGA INC., | Case No.: |
| Plaintiff, | |
| v. | **REQUEST TO ISSUE CIVIL SUBPOENA PURSUANT TO 17 U.S.C. § 512 (h)** |
| JOHN DOE, doing business as NOAM EFRATY, | |
| Defendant. | |

1   Pursuant to 17 U.S.C. § 512(h), Zynga Inc. hereby requests that the Court issue a civil
2   subpoena in the form of the subpoena provided herewith, to identify all information, including
3   documents and electronic files, sufficient to identify the name or names and address or addresses of
4   the software developer identified as "Noam Efraty" which created and distributed via the Android
5   Market twenty-four (24) unauthorized versions of Zynga Inc.'s games, namely, Café World,
6   CityVille, FarmVille and Mafia Wars.

7   This developer has distributed twenty-four (24) games which infringe Zynga Inc.'s rights in
8   its Café World, CityVille, FarmVille and Mafia Wars games. Pursuant to 17 U.S.C. § 512(h), Zynga
9   Inc. is lodging herewith a subpoena and the sworn declaration of David K. Caplan.

Dated: May 24, 2011     By: _____
David K. Caplan
Keats McFarland & Wilson LLP
Attorney for Plaintiff
Zynga Inc.

Dated: May 31, 2011



GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

-2-

REQUEST TO ISSUE CIVIL SUBPOENA
PURSUANT TO 17 U.S.C. § 512(h)